## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL NO. 73, <br><br> and <br><br> THE TRUSTEES of the SHEET METAL WORKERS LOCAL NO. 73 PENSION FUND; SHEET METAL WORKERS LOCAL NO. 73 WELFARE FUND; and SHEET METAL WORKERS LOCAL NO. 73 ANNUITY FUND, <br><br> Plaintiffs, <br> v. <br><br> RAB AIR BALANCE, INC., <br><br> Defendant. | Case No.: 21 cv 01329 <br><br> Judge: Joan B. Gottschall <br><br> Magistrate: Sunil R. Harjani |

**Agreed Motion for Entry of Agreed Judgment Order**

Plaintiffs, by its attorneys, Gregorio & Marco, move this Honorable Court to enter an Agreed Judgment Order against the Defendant, RAB AIR BALANCE, INC., and in support states as follows:

1. Plaintiffs filed their Complaint on March 10, 2021 alleging that the RAB Air Balance, Inc. failed to remit fringe benefits contributions to the Plaintiff Trust Funds.

2. The parties now have reached an agreement to resolve all matters in dispute. Pursuant to agreement, an agreed Judgment will be entered against the defendant, RAB Air Balance, Inc.

3. RAB Air Balance, Inc. and the Plaintiffs have agreed to have a Judgment entered against RAB Ais Balance, Inc. in the total amount of $86,222.51 representing $70,567.40 in

unpaid fringe benefit contributions, $10,585.11 in liquidated damages, and $5,142.00 in attorney fees which are collectable under the terms of the Collective Bargaining Agreement, Trust Agreements and Federal law (29 U.S.C. Section 1132(g)(2)(b)).

4. A copy of the proposed Agreed Judgment Order is attached as **Exhibit 1** and is executed by and Mr. Rogeh Alnajjar, President of RAB Air Balance, Inc., and by Plaintiffs' counsel.

WHEREFORE, Plaintiffs and Defendant, RAB Air Balance, Inc. request that this Court enter an Agreed Judgment Order in the amount of $86,222.51 against the Defendant, RAB Air Balance, Inc.

By: /s/:Michael J. McGuire
Michael J. McGuire
One of the Attorneys for Plaintiffs

Michael J. McGuire
ARDC #: 6290180
Attorney for Plaintiffs
Gregorio Marco
2 North LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343